400 A.2d 641

Commonwealth v. Olivencia, Appellant.

Submitted December 31, 1977. Joseph J. Frieri, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Case remanded for completion of record.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.